4

Case: 4:26-mc-50556
Assigned To : Leitman, Matthew F.
Referral Judge: Grand, David R.
Assign. Date : 5/19/2026

### SEIZED-PROPERTY CLAIM AND OBJECTION TO FORFEITURE
### (DRUG-RELATED FORFEITURE)

**Instructions:** Complete this form and file it with whomever sent you the notice of property seizure. Keep a copy of the completed form for your records.

1. I received notice that the following property was seized:

Ruger American .45 CAliber Pistol

Provide a detailed description of the seized property. Attach additional sheets if necessary.

SN: 861-58929  (24-DeA-712348)

2. I have an interest in the property and I object to any forfeiture because

☒ a. I am the owner of the property.

☐ b. Other: _____
Describe your interest in the property

☒ 3. ☒ a. I received the notice of property seizure on **04/18/2026** . I am filing this claim and objection within
Date

20 days after receiving the notice of seizure.

☐ b. I am filing this claim and objection within 20 days of the first publication of the notice of property seizure in the newspaper.

I declare under penalty of perjury that I have a bona fide interest in this property and that this claim has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

4-18-2026
Date

Signature

Nicholas Rentsch
Name (type or print)

1399 Zuider rd
Address

Holt, MI, 48842
City, state, zip

Telephone no.

## NOTICE OF PRELIMINARY ORDER OF FORFEITURE

This is an advertisement required by Title 21 U.S.C. § 853(n).

UNITED STATES V. D-3 ANDRE MADDOX
Criminal No. 2:24-cr-20514

In the District Court of the United States for the Eastern District of Michigan, Southern Division, notice is hereby given that on October 14, 2025, a Preliminary Order of Forfeiture was entered by the United States District Court forfeiting to the United States of America and its assignees interest in the following property:

- $9,000.00 U.S. Currency (24-DEA-712267)

- $2,304.00 in U.S. Currency (24-DEA-712266)

- Ruger American .45 Caliber Pistol, SN: 861-58929 (24-DEA-712348)

- Beretta 92A1 9mm Black Pistol, SN: K80463Z (24-DEA-712349)

- Taurus The Judge Ultra-Lite .45LC/.410 Shotshell Black Revolver, SN: CO756220 (24-DEA-712350)

- One (1) Stainless Steele Diamond Encrusted Franck Muller Geneve King Conquistador Watch, Ser. No. 791, Model 8005 K SC (24-DEA-712274)

- One (1) Stainless steel Rolex DateJust automatic watch with aftermarket dial and bezel Ser. No. 0M2853R6, Model 116334 (24-DEA-712274)

- One (1) Stainless Steel Audemars Piguet, Model: Royal Oak Offshore Automatic Diamond Watch,   SN: 486348, E#96854 (24-DEA-712273)

- Western Field XNH-565-C 12 gauge black shotgun, serial number obliterated (24-DEA-712347)

- Smith & Wesson SW1911 .45 Caliber Pistol, Chrome/Woodgrain finish, SN: UCW5975 (24-DEA-712344)

- Smith & Wesson M&P 5.7 5.7x28mm Black Pistol, serial number PJJ8969 (24-DEA-712351)

- Glock 19 Gen 4 9mm Black Pistol, serial number ZDA457 (24-DEA-712345)

- BCI Defense SQS15 Multi-Caliber Black Rifle, serial number BCI04137 (24-DEA-712346)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,              Case No. 2:24-cr-20514
                                    Honorable Nancy G. Edmunds

vs.

D-3 Andre Maddox,

                Defendant.

---

**Certificate of Service**

---

It is hereby certified that service of the **Notice of Preliminary Order of Forfeiture** and this **Certificate of Service** has been made on April 1, 2026, upon the following by certified mail:

William Irving Arnold
XXXX Hidden Meadows Drive
Unit X
Walled Lake, Michigan 48390

William Irving Arnold
XXXX Hidden Meadows Drive
Unit X
Walled Lake, Michigan 48390

James Keith Vanhorn
XX Vanhorn Lane
Grafton, West Virginia 26354

Michael Lawrence Rose
XXXXX Mendota Street
Detroit, MI 48204

Nicholas Michael Rentsch
XXXX Pompton Circle
Lansing, MI 48910

Nicholas Michael Rentsch
XXXX Zuider Road
Holt, MI 48842

1399 Zuider Rd.
Holt MI 48842
Nicholas M Rentsch

GRAND RAPIDS MI   493

RECEIVED
14 MAY 2026 PM 4  L

RECEIVED
MAY 19 2026
CLERK'S OFFICE
DETROIT

FOREVER / USA

U.S. MARSHALS

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226